| | | | |
|---|---|---|---|
| In the Int. of S.K.; Appeal of A.W. ...... | 652 MDA 2016<br>Affirmed | 10/17/2016 | CP–67–DP–0000150–<br>2014<br>(York) |
| In the Interest of J.K.; Appeal of A.W. .... | 653 MDA 2016<br>Affirmed | 10/17/2016 | CP–67–DP–0000151–<br>2014<br>(York) |
| Com. v. Berger ..................... | 1173 WDA 2015<br>Appeal<br>dismissed | 10/17/2016 | CP–26–CR–0000898–<br>2008<br>(Fayette) |
| Com. v. Marinucci ................... | 1758 WDA 2015<br>Affirmed | 10/17/2016 | CP–65–CR–0000850–<br>2010<br>(Westmoreland) |
| Com. v. Gray ...................... | 1998 WDA 2015<br>Affirmed | 10/17/2016 | CP–02–CR–0011686–<br>2006<br>(Allegheny) |
| Com. v. Ivey ....................... | 7 WDA 2016<br>Affirmed | 10/17/2016 | CP–56–CR–0000624–<br>2014<br>(Somerset) |
| Com. v. Harvey ..................... | 121 EDA 2014<br>Affirmed | 10/18/2016 | CP–51–CR–0014937–<br>2010<br>CP–51–CR–0014981–<br>2010<br>(Philadelphia) |
| Com. v. Waring ..................... | 978 EDA 2015<br>Affirmed | 10/18/2016 | CP–51–CR–0000373–<br>2013<br>CP–51–CR–0000379–<br>2013<br>CP–51–CR–0000380–<br>2013<br>(Philadelphia) |
| Com. v. Miller ..................... | 1007 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/18/2016 | CP–48–CR–0002208–<br>2005<br>(Northampton) |
| Com. v. Harris ..................... | 1405 EDA 2015<br>Affirmed | 10/18/2016 | CP–51–CR–0015528–<br>2008<br>(Philadelphia) |
| Pace v. Ranalli ..................... | 1786 EDA 2015<br>Vacated and<br>Remanded | 10/18/2016 | No. 15–80475<br>(Delaware) |
| Com. v. Vega ...................... | 2053 EDA 2015<br>Reversed and<br>Appellant<br>Discharged | 10/18/2016 | CP–51–CR–0010724–<br>2012<br>(Philadelphia) |
| Infinity Select Insurance Co. v. Fleming [18] ............................ | 2079 EDA 2015<br>Affirmed | 10/18/2016 | 2177 February Term<br>2014<br>(Philadelphia) |
| Com. v. Shine ...................... | 2566 EDA 2015<br>Affirmed | 10/18/2016 | CP–46–CR–0007265–<br>2013<br>(Montgomery) |

18. Petition for reargument denied December 21, 2016.